IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

_____

| | |
|---|---|
| LEE H. BURKHARDT, | CV 07-14-M-DWM-JCL |
| Plaintiff, | |
| vs. | ORDER |
| SWEET PEA, INC., d/b/a SWEET PEA SEWER AND SEPTIC, a Montana Corporation, | |
| Defendant. | |

_____

The Plaintiff has filed a notice of dismissal, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1). Accordingly, the Clerk of Court is directed to administratively terminate the above-entitled action.

DATED this 20th day of March, 2007.

/s/ Jeremiah C. Lynch
Jeremiah C. Lynch
United States Magistrate Judge